STATE OF HAWAII, Plaintiff-Appellee, *vs.*
GEORGE K. KIKUCHI, Defendant-Appellant

No. 5311

JUNE 15, 1973

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.